Jonathan W. Birdt, Esq. (State Bar No. 183908)
THE BRACHFELD LAW GROUP, P.C.
880 Apollo Street, Suite 155
El Segundo, California 90245
Telephone: (310) 856-2121
Facsimile: (310) 273-9867
corplegal@brachfeldcollections.com

Attorney for Defendant,
THE BRACHFELD LAW GROUP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VON TIMOTHY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE BRACHFELD LAW GROUP, P.C. and Does 1-10 inclusive<br><br>　　　　　Defendants. | CASE NO.: 3:12-cv-02219 JCS<br><br>**REQUEST FOR TELEPHONIC APPEARANCE**<br><br>**CASE MANAGEMENT SCHEDULING CONFERENCE**<br><br>**DATE: AUGUST 3, 2012**<br>**TIME: 1:30PM** |

## REQUEST FOR TELEPHONIC APPEARANCE

I am counsel for Defendant in the above-captioned case.

There is a Scheduling Conference set for August 3, 2012 at 1:30 pm.

I reside in Los Angeles and I consistently make all attempts to keep fees and costs to a minimum.

In addition, the parties have been diligently involved in communicating and engaged in informal exchanges of information and discovery in an effort to reach a resolution.

In an effort to promote judicial economy, I respectfully request that this honorable Court grant permission for me to attend the Scheduling Conference telephonically.

Dated: July 31, 2012   THE BRACHFELD LAW GROUP, P.C.

By: __/s/_____
Jonathan W. Birdt, Esq.
Attorney for Defendant
The Brachfeld Law Group, P.C.

**IT IS HEREBY ORDERED THAT** Mr. Birdt shall be on phone standby on at 310-856-2121 on 8/3/12 beginning at 1:30 PM and await the Court's call.

Dated: August 1, 2012

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 31, 2012 a copy of the foregoing Request for Telephonic Appearance was served electronically by the U.S. District Court Northern District of California Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By: /s/_____
Jonathan W. Birdt, Esq.
Attorney for Defendant
The Brachfeld Law Group, P.C.

REQUEST FOR TELEPHONIC APPEARANCE