UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Von Timothy,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>The Brachfeld Law Group, A Professional Corporation; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 3:12-cv-02219-JCS<br><br>**[PROPOSED] ORDER ON MOTION TO EXTEND PLAINTIFF'S TIME TO FILE A MOTION FOR ATTORNEY'S FEES AND COSTS** |

Upon consideration of Plaintiff's Motion to Extend Plaintiff's Time to File a Motion for Attorney's Fees and Costs, it is ORDERED that the deadline for Plaintiff to file his Motion is extended to September 19, 2012.

**IT IS SO ORDERED.**

Date:__9/11/12_____　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Joseph C. Spero